IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESS FINANCIAL CORPORATION,<br>a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>WILLIAM LYLES, STATE OF CALIFORNIA, THE UNITED STATES OF AMERICA, COUNTY OF IMPERIAL, and DOES 1 through 100,<br><br>　　　　　　　Defendants. | Case No. 08cv2373-L(CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties' Joint Motion to Dismiss is **GRANTED**. This action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: April 17, 2009

_____
M. James Lorenz
United States District Court Judge